UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-cr-20812 SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ORLANDO CAMPA,

    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The Defendant, ORLANDO CAMPA, by way of objection to the Presentence Investigation Report (PSR) states as follows:

### Specific Offense Characteristics

Mr. Campa objects to the two (2) level enhancement in paragraph 77 for sophisticated laundering. While the underlying criminal conduct (health care fraud) could arguably be considered sophisticated, Mr. Campa had absolutely no involvement in the healthcare fraud aspect of the conspiracy. His involvement was limited to the money laundering aspect of the conspiracy which did not involve sophisticated means. Mr. Campa was given checks made payable to his painting business and he cashed them.  He did not use fictitious entities and/or conceal his identity or the identity of his business when he cashed the checks.

**Sophisticated laundering** (emphasis added) is defined in Application Note 5(A) as:

**Objections to PSI...**
**Case No.: 19-20812**
**Page 2**

> ... complex or intricate offense conduct pertaining to the execution or concealment of the 18 U.S.C. § 1956 offense. ...and typically involves the use of- (i) fictitious entities; (ii) shell corporations; (iii) two or more levels (i.e., layering) of transactions..., or (iv) offshore financial accounts.

In the instant case Mr. Campa did not utilize fictitious entities; shell corporations; layering; or offshore accounts. He simply cashed checks using his name and business.

Even if the underlying criminal offense (healthcare fraud) is deemed to have involved sophisticated means, that conduct cannot be used to enhance Mr. Campa. The sophisticated means must have been used in the money laundering conduct and not the underlying offense. See Application Note 5 (B).

### Total Offense Level and Guideline Provisions

Based upon the objections the total offense level should be 21 with a criminal history category of I and the guideline imprisonment range should be 37-46 months.

### Factors That Warrant a Variance and Request for a Variance

Section 3553(a) requires this Court to impose a sentence that is "sufficient, but not greater than necessary". The defendant has no criminal convictions and one arrest over 20 years ago for petty theft (shoplifting) and a "promise to appear arrest" (i.e., he was never taken into custody) approximately 15 years ago for insufficient commercial markings (signs) on a commercial vehicle. Both cases were dismissed. He has been debriefed; has cooperated to the best of his ability;

Objections to PSI…
Case No.: 19-20812
Page 3

and has accepted responsibility. He is not a dangerous offender who must be incarcerated to protect the community or to deter him from future criminal conduct. Mr. Campa is a hard-working self-employed painter who has built a successful business and who has to established himself as a reliable and trustworthy individual as attested to by several individuals in the business community. *See* letters of recommendation from Alexei Mena, Humberto Hernandez, and Henry Almeida which have been filed.

Mr. Campa was arrested on December 12, 2012 and released from custody on home confinement with a GPS monitor. He remained on home confinement until January 26, 2021. During the one (1) year period that he was on home confinement, Mr. Campa complied with all the conditions of home confinement and had no violations. He worked, sometimes 6-7 days a week, and returned home without incident. In doing so, he has demonstrated that he is an individual who will be complaint with any and all court ordered conditions/requirements and that he is an excellent candidate for home confinement/house arrest in lieu of incarceration.

I HEREBY CERTIFY that a true and correct copy was electronically filed this 16 day of February 2021.

Respectfully submitted,

BY: ___s/s Joel DeFabio___
JOEL DEFABIO, ESQUIRE

**Objections to PSI...**
**Case No.: 19-20812**
**Page 4**

        FL Bar No.: 0311529
        201 Alhambra Circle, Suite 503
        Coral Gables, FL 33134
        (305) 433-6191
        jd@jdefabio.com